**Richard E. Anderson**
**AZ Bar No. 031889**
**4920 Westport Drive**
**The Colony, Texas 75056**
**Tel. (214) 276-1545**
**Fax. (214) 276-1546**
**RAnderson@AndersonVela.com**
**ANDERSON VELA, LLP**
**Attorney for Movant**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 17-13788 |
| Robert T. Richard AND § | CHAPTER 13 |
| Kimberly A. Richard § | |
| Debtors, § | |
| § | |
| U.S. Bank Trust National Association, as § | |
| Trustee of the Cabana Series III Trust § | |
| Movant, § | |
| § | |
| Robert T. Richard AND § | |
| Kimberly A. Richard § | |
| Respondents. § | |

## ADEQUATE PROTECTION STIPULATION AS TO
## 16916 WEST TONBRIDGE STREET, SURPRISE, AZ 85374

U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust ("Movant") and Robert T. Richard and Kimberly A. Richard("Debtors"), by and through their respective attorneys of record, enter into this Stipulation providing Movant with adequate protection. Movant and the Debtors (collectively referred to as "the Parties") STIPULATE as follows:

1. This Stipulation affects the real property commonly known as : 16916 West Tonbridge Street, Surprise, AZ 85374 ("Property").

ADEQUATE PROTECTION STIPULATION - 1

2. Commencing March 1, 2020, Debtors shall make the regular monthly post-petition payments under the Note and Deed of Trust to Movant, and continuing on the first day of each month thereafter, under the terms of the Note and Deed of Trust.

3. Payments shall be made directly to Movant at:

BSI Financial Services

314 S. Franklin Street, 2nd Floor

Titusville, PA 16354

4. The post-petition arrears consist of $1,812.72 in post petition arrearage as of February 6, 2020, plus $700.00 in attorney's fees and costs for filing of the subject Motion to Lift Stay for a total delinquency of $2,512.72. Commencing March 15, 2020 and continuing after on the fifteenth day of each month through and including July 15, 2020, the Debtors shall make an additional monthly payment of $418.78 and a sixth and final payment of $418.82 on August 15, 2020 until the post petition arrears in the sum amount of $2,512.72 are paid.

5. The Debtors shall timely perform all of the Debtors' obligations under the Movant's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 13 Plan payments, and any and all senior liens.

7. Should Debtors fail to timely perform any of the obligations set forth in this Stipulation, Movant may notify Debtors and their counsel of the default in writing. Debtors shall have ten (10) calendar days from the date of the written notification to cure the default.

ADEQUATE PROTECTION STIPULATION - 2

8.  Should the Debtors fail to timely cure the default or defaults on the obligations set forth herein on more than two (2) occasions, Movant may file a Declaration of Default and lodge an Order Terminating Automatic Stay. The Order may be entered without further hearing or proceeding. The automatic stay may be immediately terminated and extinguished for all purposes as to Movant, including but not limited to foreclosure and forcible entry and detainer, pursuant to applicable state law without further Court order or proceeding being necessary.

9. If Movant obtains relief from the automatic stay pursuant to this Stipulation, the Parties agree that the fourteen (14) day stay provision of Federal Rule of Bankruptcy Procedure 4001(a)(3) and/or 7062 shall be waived.

10.  In the event that Debtors' case is converted to Chapter 7 case, this Stipulation shall become null and void and Movant may proceed with a Motion for Relief.

11.  Movant's Proof of Claim is due and owing and is allowed in full.

**IT IS SO STIPULATED:**

/S/ RICHARD E. ANDERSON　　　　　　　　Dated: 02/27/2020
Richard E. Anderson
State Bar No. 031889
4920 Westport Drive
The Colony, Texas  75056
Telephone:  (214) 276-1545
Facsimile:  (214) 276-1546
**ATTORNEY FOR MOVANT**


/S/CARLENE SIMMONS　　　　　　　　Dated: 03/03/2020
Carlene Simmons
Simmons & Greene, P.C.
2432 W. Peoria Ave., Suite 1284
Phoenix, AZ 85029
**ATTORNEY FOR DEBTORS**
ADEQUATE PROTECTION STIPULATION - 3