Richard E. Anderson
AZ Bar No. 031889
4920 Westport Drive
The Colony, Texas 75056
Tel. (214) 276-1545
Fax. (214) 276-1546
RAnderson@AndersonVela.com
ANDERSON VELA, LLP
Attorney for Movant

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 17-13788 |
| Robert T. Richard AND | § | CHAPTER 13 |
| Kimberly A. Richard | § | |
| Debtors, | § | |
| | § | |
| U.S. Bank Trust National Association, as | § | |
| Trustee of the Cabana Series III Trust | § | |
| Movant, | § | |
| | § | |
| Robert T. Richard AND | § | |
| Kimberly A. Richard | § | |
| Respondents. | § | |

### ORDER APPROVING ADEQUATE PROTECTION STIPULATION AS TO 16916 WEST TONBRIDGE STREET, SURPRISE, AZ 85374

ORDER APPROVING ADEQUATE PROTECTION STIPULATION - 1

U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust its assignees and/or successors ("Movant") and Robert T. Richard and Kimberly A. Richard("Debtors"), by and through their respective attorneys of record, having agreed to the terms set forth in the Adequate Protection Stipulation ("Stipulation") attached hereto, the Parties are hereby bound by the terms of their Stipulation which shall be the Order of this Court.

IT IS SO ORDERED.

ORDER APPROVING ADEQUATE PROTECTION STIPULATION - 2